HARRIET SIMPSON, EXECUTRIX, &c., PLAINTIFF IN ERROR, v. JAMES S. NEGLEY, DEFENDANT IN ERROR.

On error to the Essex Circuit Court.

For the plaintiff in error, *Henry B. Taylor.*

For the defendant in error, *William D. Edwards.*

PER CURIAM.

The judgment of the court below is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SIMS, SMITH, TALMAN.    14.

*For reversal*—None.